**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: 09-24928-LMI

☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: IGNACIO NORBERTO CASAS           CO-DEBTOR: LUZ MARGARITA GOMEZ
Last Four Digits of SS# XXX-XX-1121       Last Four Digits of SS# XXX-XX-1124

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $__150.00__ for months __1__ to __60__ ;
  B.  $_____ for months _____ to _____ ;
  C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $__4,500.00__   TOTAL PAID $__1,500.00__
                   Balance Due      $__3,000.00__   payable $__120.00__ month (Months __1__ to __25__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __N/A__                        Arrearage on Petition Date $_____
Address _____         Arrears Payment $_____ /month (Months _____ to _____)
        _____         Regular Payment $_____ /month (Months _____ to _____)
Account #                          Arrears Payment $_____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. 6821-8007-132899<br>Legal Description: Lot 21, Block 25, FOURTH ADDITION TO SOUTHERN ESTATES, according to the Plat thereof, recorded in Plat Book 73, Page 81, of the Public Records of Miami-Dade County, Florida. | $224,556.00<br>Homestead | 0% | N/A | N/A | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                                 Payable $_____ /month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $__15.00__ month (Months __1__ to __25__) Pay $__135.00__ month (Months __26__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtors are current with their payments to Select Portfolio Servicing (loan no. 0010498954) secured by their homestead property located at 12355 SW 40 Street, Miami, FL 33175 and will continue making payments direct. The Debtors are current with their payments to Bank of America (loan no. 630-10012227719) secured by the 2007 Ford F-150 and will continue making payments direct. Debtor's daughter is paying Ford Motor Credit Company (2008 Ford Expedition) directly outside the plan. If the Debtor receives gambling winnings during the pendency of the Plan, that money will be turned over to the Chapter 13 trustee for the benefits of the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor                                    Joint Debtor
Date: 11/18/09                            Date: 11/18/09

LF-31(rev. 06/02/08)